**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2024

Granted.

SO ORDERED:

1/19/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

January 19, 2024

Via ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

      Re:    Da Costa v. Kijakazi
              23 civ 6396 (RWL)

Dear Judge Lehrburger:

    I am writing to request an extension of time to file plaintiff's Brief in the above-captioned case. Pursuant to the Court's September 15, 2023 Electronic Order, plaintiff's papers are due to be filed on January 23, 2024. This is plaintiff's first request for an extension of time.

    I seek a two week extension of time due to multiple matters coming to a head all at once which require my attention and have delayed my ability to complete Ms. Da Costa's papers by next Tuesday. With the consent of opposing counsel, SAUSA Avni Ghandi, I respectfully request that Your Honor approve of the following revised schedule:

    February 6, 2024    Plaintiff's Brief
    April 6, 2024        Defendant's Brief
    April 20, 2024      Plaintiff's Reply Brief

    Thank you for Your Honor's attention to this matter.

                        Respectfully submitted,

                        /s/ Christopher J. Bowes
                        Christopher J. Bowes
                        Attorney for Plaintiff

cc:    SAUSA Avni Ghandi
       Social Security Administration
       6401 Security Boulevard
       Baltimore MD 21235
       Attorney for Defendant