## CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2024

February 7, 2024

Via ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

> Re:   Da Costa v. Kijakazi
>        23 civ 6396 (RWL)

Dear Judge Lehrburger:

I am writing to request an extension of time, nunc pro tunc, to file plaintiff's Brief in the above-captioned case. Pursuant to the Court's January 19, 2024 Order, plaintiff's papers are due to be filed on February 6, 2024, 2024. This is plaintiff's second request for an extension of time.

I apologize for missing the deadline in this case. I have had an inordinate amount of work over the past month and I regrettably miscalculated my ability to complete these papers by yesterday's deadline. With kind the consent of opposing counsel, SAUSA Avni Ghandi, I respectfully request that Your Honor approve of the following revised schedule:

| | |
|---|---|
| February 9, 2024 | Plaintiff's Brief |
| April 9, 2024 | Defendant's Brief |
| April 23, 2024 | Plaintiff's Reply Brief |

Thank you for Your Honor's attention to this matter.

Granted.

SO ORDERED:

2/7/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

/s/ Christopher J. Bowes
Christopher J. Bowes
Attorney for Plaintiff

cc:   SAUSA Avni Ghandi
Social Security Administration
6401 Security Boulevard
Baltimore MD 21235
Attorney for Defendant