CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2024
```

June 7, 2024

Filed ECF
Hon. Robert W. Lehrburger
United States District Court
500 Pearl Street
New York, NY 10007

Granted.

SO ORDERED:

6/7/2024   /s/ Robert W. Lehrburger

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Da Costa v. O'Malley
23-cv-6396 (RWL) (JPO)

Dear Judge Lehrburger:

    I am writing to request a one-week extension of time to file plaintiff's Reply Memorandum. Plaintiff's papers are due to be filed today. This is plaintiff's second request for an extension of time.

    I regret seeking an extension on the same day as the brief is due. I had hoped to be able to complete this brief by today, but several unexpected events have transpired over the past week that have significantly limited my ability to complete my work. My elderly mother was discharged from rehabilitation last month and last weekend, she once again fell, which has required me to spend more time than expected with her unscheduled appointments. In consultation with opposing counsel, SAUSA Avni Ghandi, I respectfully request that the Court permit the undersigned to file her Reply Brief by June 17, 2024

    Thank you for you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

cc:    Avni Ghandi, Esq.
       Attorney for Defendant